

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 02-13-00149-CV

| | | |
|---|---|---|
| In the Interest of A.D.C. and J.D.C., Children | § | From the 16th District Court |
| | § | of Denton County (2011-10917-16) |
| | § | October 3, 2013 |
| | § | Opinion by Chief Justice Livingston |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS


By _____
Chief Justice Terrie Livingston